# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2235
_____

JOHNATHAN SAMPSON,

   Petitioner,

   v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

   Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


November 6, 2024


PER CURIAM.

   DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

B.L. THOMAS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daniel Ripley, Pinellas Park, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.